IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
12 JUL -5 PM 2:09

MICHAEL R. MERZ
UNITED STATES
MAGISTRATE JUDGE

UNITED STATES OF AMERICA : CASE NO. 3:12MJ219

v. :

BRIAN J. HUNTER, JR. :

ORDER TO UNSEAL ARREST WARRANT, COMPLAINT AND SUPPORTING
AFFIDAVIT FOR CRIMINAL COMPLAINT

Upon motion of the United States, and for the reason that Brian J. Hunter, Jr., was arrested on July 3, 2012, and therefore the Criminal Complaint, Arrest Warrant, and Supporting Affidavit for Criminal Complaint is hereby ordered unsealed.

DATE: July 5, 2012

_____
MICHAEL R. MERZ
UNITED STATES MAGISTRATE JUDGE